# Court of Appeals of the State of Georgia

ATLANTA,  September 05, 2019

*The Court of Appeals hereby passes the following order:*

**A20I0027. NOEL HILLS v. THE STATE.**

Noel Hills has filed this application for interlocutory review of the trial court's order denying his request for pre-trial bond.[1] Pretermitting whether Hills is represented by counsel below, which would render his application a nullity, see *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017), we lack jurisdiction because it does not appear that the trial court issued a certificate of immediate review.

To obtain review of the order regarding pre-trial bond, Hills was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review within ten days of the order and filing an application within ten days of the certificate. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). Hills' failure to obtain a certificate of immediate review deprives this Court of jurisdiction over his application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/05/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Hills filed his application in the Supreme Court, which transferred it here. See Supreme Court Case No. S19I1441 (transferred Aug. 1, 2019).